# United States Court of Appeals for the Federal Circuit

---

July 6, 2016

**ERRATUM**

---

Appeal No. 2016-1308

---

**AMGEN INC., AMGEN MANUFACTURING LIMITED,**
*Plaintiffs-Appellees*

**v.**

**APOTEX INC., APOTEX CORP.,**
*Defendants-Appellants*

---

Decided:  July 5, 2016
Precedential Opinion

---

The following change has been made:

On page 5, line 22 of the opinion, change "short-hand" to "shorthand."